# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOHN GOOD,

          Plaintiff,

   v.

M. PAAT, et al.,

          Defendants.

_____/

CASE NO. 1:10-cv-00987-SKO PC

ORDER STRIKING UNSIGNED COMPLAINT AND REQUIRING PLAINTIFF TO FILE SIGNED COMPLAINT WITHIN TWENTY DAYS

(Doc. 1)

Plaintiff John Good, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 3, 2010.  Plaintiff's complaint is unsigned.  The Court cannot consider unsigned filings and therefore, it is HEREBY ORDERED that:

1.     Plaintiff's complaint is STRICKEN from the record;

2.     The Clerk's Office shall send Plaintiff a complaint form;

3.     Within **twenty (20) days** from the date of service of this order, Plaintiff shall file a signed complaint; and

4.     The failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

**Dated:**   **May 17, 2011**                 **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE